UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

CASE NUMBER: 3:12-cv-01212 WHA
CASE TITLE: YAHOO! INC. v. FACEBOOK, INC.

REASSIGNMENT ORDER
General Order 44, Sec.E.4.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the Honorable Jeffrey White for all further proceedings.

Counsel are instructed that all future filings shall bear the new initials JSW immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: March 20, 2012

_____
William Alsup
Transferring Judge

_____
Jeffrey White
Accepting Judge

New Case File Clerk:
    Copies to :    Courtroom Deputies
                   Special Projects
    Log Noted
    Entered in computer

Transferring Case Systems Administrator:
    Copies to :    All Counsel
                   Recipient (Accepting) CSA