Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**Attorneys for Plaintiff Yahoo! Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YAHOO! INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC, a Delaware corporation,<br><br>Defendant. | CASE NO. CV-12-01212-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR YAHOO! INC. TO RESPOND TO FACEBOOK INC.'S MOTION TO STRIKE AND/OR DISMISS YAHOO INC.'S CLAIMS AND DEFENSES OF INEQUITABLE CONDUCT AND TO RESCHEDULE JUNE 22, 2012 HEARING AND CONTINUING CASE MANAGMENT CONFERENCE**<br>[Civil L.R. 6-1, 6-2]<br>Honorable Jeffrey S. White<br>United States District Judge<br>**AND SETTING REPLY DEADLINE** |

1

2        Pursuant to Civil L.R. 6-1 and 6-2, the parties file this Stipulation requesting that Yahoo!

3  Inc. ("Yahoo!") be permitted additional time to respond to Facebook, Inc.'s ("Facebook") Motion

4  to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct and that the June

5  22, 2012 hearing on the Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of

6  Inequitable Conduct be rescheduled.  This request is supported by the attached Declaration of

7  Kevin A. Smith.

8        NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

9  parties that:

10       1.     The time for Yahoo! to respond to Facebook's Motion to Strike and/or

11 Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct shall be extended from

12 May 30, 2012 to June 20, 2012; and

13

14       2.     The hearing on the Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses

15 of Inequitable Conduct shall be rescheduled from June 22, 2012 at 9:00 am to July 27, 2012 at

16 9:00 am.

      **IT IS SO STIPULATED.**

17

18

19

20

21

22

23

24

25

26

27

28

Dated: May 30, 2012

By:   */s/ Mark Weinstein*
Michael Rhodes
Heidi Keefe
Joseph Haag
Mark Selwyn
Mark Weinstein
Stephen Neal
Cooley LLP
5 Palo Alto Square
3000 El Camino Rea;
Palo Alto, CA 94306

Cynthia D. Vreeland
Lee F. William
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Attorneys for Facebook, Inc.

Dated: May 30, 2012

By:   */s/ Kevin Smith*
Charles K. Verhoeven
Jennifer A. Kash
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600

Attorneys for Yahoo! Inc.

1

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: May 31, 2012                    By: *[signature: Jeffrey S. White]*
                                           Honorable Jeffrey S. White
5                                          United States District Court Judge

6

7   **Yahoo!'s reply shall be due on June 27, 2012, and the Court CONTINUES the case management conference scheduled for June 29, 2012 to August 31, 2012.  The Joint Case Management Conference Statement is due on August 24, 2012.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28