Charles K. Verhoeven (Bar No. 170151)
charlesverhoeven@quinnemanuel.com
Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Kevin A. Smith (Bar No. 250814)
kevinsmith@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**Attorneys for Plaintiff Yahoo! Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YAHOO! INC., a Delaware corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>FACEBOOK, INC, a Delaware corporation,<br><br>   Defendant. | CASE NO. CV-12-01212-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR:**<br><br>**(1) YAHOO! INC.'S AMENDED REPLY AND COUNTER COUNTERCLAIMS TO FACEBOOK, INC.'S ANSWER AND COUNTERCLAIMS AND**<br><br>**(2) BRIEFING AND HEARING ON FACEBOOK, INC.'S MOTION TO STRIKE AND/OR DISMISS YAHOO! INC.'S CLAIMS AND DEFENSES OF INEQUITABLE CONDUCT**<br>**AS MODIFIED**<br>[Civil L.R. 6-1, 6-2]<br><br>Honorable Jeffrey S. White<br>United States District Judge |

Pursuant to Civil L.R. 6-1 and 6-2, the parties file this Stipulation requesting an enlargement of time for: (1) Yahoo! Inc. ("Yahoo!") to file an Amended Reply and Counter Counterclaims to Facebook, Inc.'s ("Facebook") Answer and Counterclaims pursuant to Federal Rule of Civil Procedure 15(a)(1); and (2) briefing and hearing on Facebook, Inc.'s Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct. This request is supported by the attached Declaration of Kevin A. Smith.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. The time for Yahoo! to file an amended Reply and Counter Counterclaims to Facebook's Answer and Counterclaims shall be extended from June 6, 2012 to June 20, 2012;

2. The time for Yahoo! to respond to Facebook's Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct shall be extended from June 20, 2012 to July 5, 2012;

3. The time for Facebook to reply in support of its Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct shall be extended from June 27, 2012 to July 12, 2012.

4. The hearing on the Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct shall be rescheduled from July 27, 2012 at 9:00 am to August 10, 2012 at 9:00 am.

**IT IS SO STIPULATED.**

Dated: June 6, 2012

By: /s/ Mark Weinstein
Michael Graham Rhodes
Heidi Keefe
Joseph Haag
Mark Selwyn
Mark Weinstein
Stephen Neal
Cooley LLP
5 Palo Alto Square
3000 El Camino Rea;
Palo Alto, CA 94306

Cynthia D. Vreeland
Lee F. William
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Attorneys for Facebook, Inc.

Dated: June 6, 2012

By: /s/ Kevin A. Smith
Charles K. Verhoeven
Jennifer A. Kash
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600

Attorneys for Yahoo! Inc.

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |

Dated: June 7, 2012          By: _/s/ Jeffrey S. White_
                             Honorable Jeffrey S. White
                             United States District Court Judge

The Court hereby advises the parties that, in the future, requests for extensions of deadlines and hearing dates should be accompanied by a factual showing of good cause.