1  Charles K. Verhoeven (Bar No. 170151)
   charlesverhoeven@quinnemanuel.com
2  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
3  Kevin A. Smith (Bar No. 250814)
   kevinsmith@quinnemanuel.com
4  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
5  50 California Street, 22nd Floor
   San Francisco, California 94111
6  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
7
   **Attorneys for Plaintiff Yahoo! Inc.**
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | YAHOO! INC., a Delaware corporation,

13 |         Plaintiff,                    CASE NO. CV-12-01212-JSW

14 |     vs.                               **STIPULATION AND [PROPOSED]
                                           ORDER TO ENLARGE TIME FOR:**
15 | FACEBOOK, INC, a Delaware corporation,
                                           **(1) YAHOO! INC.'S AMENDED REPLY
16 |         Defendant.                    AND COUNTER COUNTERCLAIMS TO
                                           FACEBOOK, INC.'S ANSWER AND
17 |                                       COUNTERCLAIMS AND**

18 |                                       **(2) BRIEFING AND HEARING ON
                                           FACEBOOK, INC.'S MOTION TO
19 |                                       STRIKE AND/OR DISMISS YAHOO!
                                           INC.'S CLAIMS AND DEFENSES OF
20 |                                       INEQUITABLE CONDUCT**

21 |                                       [Civil L.R. 6-1, 6-2]

22 |                                       Honorable Jeffrey S. White
                                           United States District Judge

Pursuant to Civil L.R. 6-1 and 6-2, the parties file this Stipulation requesting an enlargement of time for: (1) Yahoo! Inc. ("Yahoo!") to file an Amended Reply and Counter Counterclaims to Facebook, Inc.'s ("Facebook") Answer and Counterclaims pursuant to Federal Rule of Civil Procedure 15(a)(1); and (2) briefing and hearing on Facebook, Inc.'s Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct. This request is supported by the attached Declaration of Kevin A. Smith.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that:

1. The time for Yahoo! to file an amended Reply and Counter Counterclaims to Facebook's Answer and Counterclaims shall be extended from June 20, 2012 to July 5, 2012;

2. The time for Yahoo! to respond to Facebook's Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct shall be extended from July 5, 2012 to July 19, 2012;

3. The time for Facebook to reply in support of its Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct shall be extended from July 12, 2012 to July 26, 2012.

4. The hearing on the Motion to Strike and/or Dismiss Yahoo!'s Claims and Defenses of Inequitable Conduct shall be rescheduled from August 10, 2012 at 9:00 am to August 24, 2012 at 9:00 am.

**IT IS SO STIPULATED.**

Dated: June 19, 2012

By: /s/ Mark Weinstein
Michael Graham Rhodes
Heidi Keefe
Joseph Haag
Mark Selwyn
Mark Weinstein
Stephen Neal
Cooley LLP
5 Palo Alto Square
3000 El Camino Rea;
Palo Alto, CA 94306

Cynthia D. Vreeland
Lee F. William
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Attorneys for Facebook, Inc.

Dated: June 19, 2012

By: /s/ Kevin A. Smith
Charles K. Verhoeven
Jennifer A. Kash
Kevin A. Smith
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600

Attorneys for Yahoo! Inc.

1
2
3        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
4
5    Dated: June 20, 2012                    By: _____
                                              Honorable Jeffrey S. White
6                                             United States District Court Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO ENLARGE TIME FOR YAHOO!'S AMENDED REPLY AND BRIEFING
CV-12-01212-JSW                          4