1   Charles K. Verhoeven (Bar No. 170151)
    charlesverhoeven@quinnemanuel.com
2    Jennifer A. Kash (Bar No. 203679)
    jenniferkash@quinnemanuel.com
3   Kevin A. Smith (Bar No. 250814)
    kevinsmith@quinnemanuel.com
4   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
5   50 California Street, 22nd Floor
    San Francisco, California 94111
6   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
7
    **Attorneys for Plaintiff Yahoo! Inc.**
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  YAHOO! INC.,                          Case No.  CV-12-01212-JSW

13              Plaintiff,                **STIPULATED MOTION FOR
                                          DISMISSAL OF CLAIMS AND
14       v.                               COUNTERCLAIMS BY YAHOO!
                                          INC. AND FACEBOOK, INC., AND
15  FACEBOOK, INC.,                       [PROPOSED] ORDER**

16              Defendant.

17  _____   Honorable Jeffrey S. White
                                          United States District Judge
18
    FACEBOOK, INC.,
19
                    Counterclaim-plaintiff,
20
         v.
21
    YAHOO! INC.,
22
                    Counterclaim-defendant.
23

24

25

26

27

28

1

2      Yahoo! Inc. ("Yahoo!") and Facebook, Inc. ("Facebook"), pursuant to Federal Rule of

3   Civil Procedure 41(a)(2), hereby stipulate and move for an order dismissing WITH PREJUDICE

4   and in their entirety all claims and counterclaims of infringement asserted by any party in this

5   case.

6      Pursuant to Federal Rule of Civil Procedure 41(a)(2), Yahoo! and Facebook also hereby

7   stipulate and move for an order dismissing WITHOUT PREJUDICE and in their entirety all

8   defenses of patentability, invalidity, and unenforceability.

9      Each party shall bear its own costs, expenses, and attorneys' fees, and this case shall be

10  closed.

11      **IT IS SO STIPULATED.**

12      Dated: July 9, 2012

13

                                          By:  _/s/ Mark Weinstein_
14                                            Stephen Neal
                                              Michael Rhodes
15                                            Heidi Keefe
                                              Mark Weinstein
16                                            Cooley LLP
                                              5 Palo Alto Square
17                                            3000 El Camino Real
                                              Palo Alto, CA 94306
18
                                              William F. Lee
19                                            Cynthia D. Vreeland
                                              Joseph Haag
20                                            Mark Selwyn
                                              Wilmer Cutler Pickering Hale and Dorr
21                                            LLP
                                              60 State Street
22                                            Boston, MA 02109

23                                            Attorneys for Facebook, Inc.

24

25

26

27

28

STIPULATED MOTION FOR DISMISSAL
CASE NO. CV-12-01212-JSW

1

2

Dated: July 9, 2012

3

4                                                   By:   /s/ Kevin Smith
                                                          Charles K. Verhoeven
5                                                         Jennifer A. Kash
                                                          Kevin A. Smith
6                                                         Quinn Emanuel Urquhart & Sullivan LLP
                                                          50 California Street, 22nd Floor
7                                                         San Francisco, CA 94111
                                                          Telephone: 415-875-6600
8
                                                          Attorneys for Yahoo! Inc.
9

10

11                              **ATTESTATION OF E-FILED SIGNATURE**

12          I, Kevin A. Smith, am the ECF User whose ID and password are being used to file this

13   Stipulation.  In compliance with General Order 45, X.B., I hereby attest that Mark Weinstein,

14   counsel for Facebook, Inc., has concurred in this filing.

15   Dated:  July 9, 2012                                 /s/ Kevin A. Smith
                                                          Kevin A. Smith
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION FOR DISMISSAL
CASE NO. CV-12-01212-JSW

1

2   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4   Dated: July 10, 2012                    By: _____
                                            Honorable Jeffrey S. White
5                                           United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3